IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FREDERICK R. SALAZAR,

      Plaintiff,

v.                                                                           Civ. No. 21-1024 KG/KK

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

      Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

IT IS ORDERED that:

1.      This case is remanded to an administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g); and

2.      This case is hereby closed.

_____
UNITED STATES DISTRICT JUDGE