IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FREDRICK SALAZAR,

        Plaintiff,

vs.                                        CIV. NO. 1:21-cv-01024-KG-KK

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

        Defendant.

## ORDER

Upon stipulation by the parties, it is hereby ORDERED that Plaintiff is awarded $8,500.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

    Frederick Salazar
    c/o Justin S. Raines, Esq.
    P.O. Box 2069
    Harlingen, Texas 78550

                                      UNITED STATES DISTRICT JUDGE

Submitted by:

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Filed Electronically October 12, 2022*
M. THAYNE WARNER
Special Assistant United States Attorney

ATTORNEYS FOR DEFENDANT


Approved by:

*/s/ Electronically approved on October 7, 2022*
Justin S. Raines
RGV Disability, PLLC

ATTORNEY FOR PLAINTIFF